# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HOLT, and EILBRA HOLT,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; ABSOLUTE RESOLUTIONS INVESTMENTS, LLC; and DIVERSIFIED CONSULTANTS, INC.,<br><br>Defendants. | Case No.: CV 18-7501-DMG (RAOx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ABSOLUTE RESOLUTIONS INVESTMENTS, LLC AND DEFENDANT DIVERSIFIED CONSULTANTS, INC. [39]** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendants Absolute Resolutions Investments, LLC and Diversified Consultants, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

The above-entitled action is hereby dismissed with prejudice, as to Defendants Absolute Resolutions Investments, LLC and Diversified Consultants, Inc., with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS ORDERED**.

DATED: April 8, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE